Home    College Search    Comparison    Account    Log In


College Evaluator

# Stanbridge University  SAVE SCHOOL

Overview    Admission    Costs    Financial Aid    Enrollment    Graduation    Campus Life    Programs

01 About    02 Admission    03 Cost of Attendance    04 Campus Life

Private (for-profit)    4 Years (or High)    Irvine, CA

Degree-granting, not primarily baccalaureate or above    Master's degree

1,114 Students    60.23 % Acceptance Ratio    15:1 Student-Faculty Ratio

Stanbridge University is a Private (for-profit) (4 Years or
Irvine, California. It has a total enrollment of 1,114 inclu
graduate students and student to faculty ratio is 15:1. It
primarily baccalaureate or above school by Carnegie Cl
degree is Master's degree. The acceptance ratio for und
60.23% last year.

## The Official TIAA® Site

**Personalized Support For All**

We Bring 100 Years Of Experience To Every Conversation. Contact Us Today!

tiaa.org                                                                 OPEN

## The **Numbers** Say it All about Stanbridge University

**60.23%**
ACCEPTANCE RATE

**$33,041**
UNDERGRADUATE TUITION & FEES

**1,1**
STUDE

### KEY STATS FOR STANBRIDGE UNIVERSITY

**Costs of Attendance**  EXPENSIVE

| | |
|---|---|
| Stanbridge University | $33,041 |
| All U.S. Colleges | $18,355 |
| Private (for-profit), 4 Years or High Colleges | $16,694 |
| 4 Years or High Colleges | $22,271 |
| Private (for-profit), 4 Years or High Colleges in California | $20,651 |

see all cost items



**Financial Helps**  HIGH FINANCIAL HELP RATE

**58%** Financial Aid Rates

| | |
|---|---|
| All U.S. Colleges | 76.94% |
| Private (for-profit), 4 Years or High Colleges | 75.15% |
| 4 Years or High Colleges | 82.17% |
| Private (for-profit), 4 Years or High Colleges in California | 63.96% |

based on 2015 data    see all admission consideration



**Graduation Rates**  HIGH COMPLETION RATE

**67.97%** Graduation Rate

| | |
|---|---|
| All U.S. Colleges | 47.15% |
| Private (for-profit), 4 Years or High Colleges | 36.95% |
| 4 Years or High Colleges | 48.69% |
| Private (for-profit), 4 Years or High Colleges in California | 55.78% |

see all completion items



**Admission Chances**  RELATIVELY DIFFICULT TO GET IN

**60.23%** Admission Ratio

| | |
|---|---|
| All U.S. Colleges | 66.99% |
| Private (for-profit), 4 Years or High Colleges | 75.61% |
| 4 Years or High Colleges | 66.20% |
| Private (for-profit), 4 Years or High Colleges in California | 70.16% |

see all admission consideration

**Student Population**  SMALL

| | |
|---|---|
| Stanbridge University | 1,114 |
| All U.S. Colleges | 20,523,036 |
| Private (for-profit), 4 Years or High Colleges | 983,584 |
| 4 Years or High Colleges | 14,093,854 |
| Private (for-profit), 4 Years or High Colleges in California | 133,645 |

see all enrollment items



**Major Programs**  LIMITED PROGRAMS

**13**

| | |
|---|---|
| All U.S. Colleges | 70 |
| Private (for-profit), 4 Years or High Colleges | 42 |
| 4 Years or High Colleges | 109 |



## STANBRIDGE UNIVERSITY'S MISSION

Stanbridge College and its staff are dedicated to providing our students with the highest standards of education and approved services in the industry. We believe that a high quality education is the right of every individual and commit to the allocation of resources to provide for an excellent learning environment, quality instruction and comprehensive career placement services.

## CONTACT INFORMATION & ONLINE RESOURCES

### LOCATION

Stanbridge University 2041 Business Ctr Dr Ste 107,

### ACCREDITATION

Stanbridge University is accredited by Accrediting Commission of Career Schools and Colleges (02/29/2004 - Current).

### ONLINE RESOURCES

Stanbridge University Official Homepage

Net Price Calculator

Veteran Resources